GEORGE W. HAYDEN, Respondent, v. F. I. A. T., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRMA VARGHA, Appellant, v. FERDINAND J. SIEGHARDT, Respondent.— Order so far as appealed from modified by striking out the words " with costs to date to the defendant " and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH VARGHA, Appellant, v. FERDINAND J. SIEGHARDT, Respondent.— Order so far as appealed from modified by striking out the words " with costs to date to the defendant " and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALEXANDER V. LISSANSKY, Appellant, v. PHILIP MEISLIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX FRIEDMAN, Appellant.— Judgment affirmed and the sentence reduced to ten days, less such time as defendant has already served on account of his sentence. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

I. B. MILLER, INC., Respondent, v. ALRUD REALTY CORPORATION and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

I. & M. HOLDING CORPORATION, Respondent, v. ABRAHAM DORB and Another, Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ABRAHAM ARONOWITZ, Respondent, v. WILLIAM HELD, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that prejudicial error was committed by the learned trial court in its charge to the jury in which it held that the " defendant would be guilty of fraud if he willfully concealed a *bona fide* offer for the property in question for the purpose of obtaining a deed from the plaintiff for the latter's interest in the property, and if, except for such concealment, this plaintiff would not have sold his interest; " such issue not being presented by the pleadings and not within their scope. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; O'Malley, J., dissents.

LEE SHUBERT and Another, Respondents, v. VARIETY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Levy, J., at Special Term. [Reported in 128 Misc. 428.] Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDGAR A. LEVY LEASING CO., INC., Appellant, v. HERMAN PLAUT, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KATHERINE M. MAYER and Another, Appellants, v. GEORGE LICKEL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT F. KENNEDY, Respondent, v. GREAT LAKES CORPORATION, Appel-